UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN RE:

Alfred K Wootton,

DEBTOR.
_____/

CHAPTER 13
CASE NO. 19-43708-PJS
JUDGE PHILLIP J. SHEFFERLY

## TRUSTEE'S OBJECTIONS TO CONFIRMATION OF CHAPTER 13 PLAN

**NOW COMES** the Chapter 13 Standing Trustee, David Wm. Ruskin, and objects to confirmation of the Chapter 13 Plan in the above matter pursuant to Local Bankruptcy Rule 3015-3 as follows:

1. Debtor testified at the First Meeting of Creditors that he pays child support to Kristen Wootton through the Oakland County Friend of Court. Neither Kristen Wootton nor the Oakland County Friend of Court are included in the Schedules or Matrix in this case. Accordingly, these parties may not have received proper notice as required by Federal Rule of Bankruptcy Procedure 2002 and Federal Rule of Bankruptcy Procedure 3015.

2. The amount of the proposed funding in the Plan is not sufficient to pay all claims as proposed in the Plan (the Plan is underfunded). The Plan does not provide for the submission of sufficient future earnings or future income for the execution of the Plan as required by 11 USC 1322(a)(1).

3. The Plan does not provide for payment of Debtor's ongoing domestic support obligation as required by 11 USC Section 1322(a)(2).

4. Class 4.1 of Debtor's Chapter 13 Plan treats an obligation to Park Tree Investments as a continuing debt claim secured by Debtor's principal residence. Park Tree Investments has filed a Proof of Claim indicating that the obligation matured and became fully due, owing and payable prior to the commencement of this case. obligation must be paid in full over the life of the Chapter 13 Plan pursuant to 11 USC Section 1322 and 11 USC Section 1325.

**WHEREFORE,** the Chapter 13 Standing Trustee requests this Honorable Court deny confirmation of Debtor's Chapter 13 Plan unless modified to meet these objections.

OFFICE OF DAVID WM. RUSKIN,
STANDING CHAPTER 13 TRUSTEE

Dated: May 9, 2019

By: /s/ Thomas D. DeCarlo
LISA K. MULLEN (P55478)
THOMAS D. DECARLO (P65330)
Attorneys for Chapter 13 Trustee,
   David Wm. Ruskin
1100 Travelers Tower
26555 Evergreen Road
Southfield, MI 48076-4251
Telephone (248) 352-7755

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT**

**IN RE:**

Alfred K Wootton,

        DEBTOR.

_____/

CHAPTER 13
CASE NO. 19-43708-PJS
JUDGE PHILLIP J. SHEFFERLY

**CERTIFICATE OF SERVICE OF TRUSTEE'S OBJECTIONS TO
<u>CONFIRMATION OF CHAPTER 13 PLAN</u>**

  I hereby certify that on May 9, 2019, I electronically filed the TRUSTEE'S OBJECTIONS TO CONFIRMATION OF CHAPTER 13 PLAN with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

The following parties were served electronically:

  GOLDSTEIN BERSHAD & FRIED PC
  4000 TOWN CENTER STE 1200
  SOUTHFIELD, MI  48334-0000

The following parties were served via First Class Mail at the addresses below by depositing same in a United States Postal Box with the lawful amount of postage affixed thereto:

  Alfred K Wootton
  911 Marywood Drive
  Royal Oak, MI 48067-0000

    /s/ Jayme L. DePriest
    Jayme L. DePriest
    For the Office of David Wm. Ruskin,
    Chapter 13 Standing Trustee - Detroit
    1100 Travelers Tower
    26555 Evergreen Road
    Southfield, MI 48076-4251
    (248) 352-7755